# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| TIMOTHY X. WRIGHT, | : | No. 415 MAL 2018 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| v. | : | |
| KEVIN KAUFFMAN, LISA HOLLIBAUGH, SYLVIA MORRIS, MR. R. MOYER, MRS. LAIRD, DORINA VARNER AND TABB BICKELL, | : | |
| Respondents | : | |
| TIMOTHY X. WRIGHT, | : | No. 416 MAL 2018 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| v. | : | |
| KEVIN KAUFFMAN, LISA HOLLIBAUGH, SYLVIA MORRIS, MR. R. MOYER, MRS. LAIRD, DORINA VARNER AND TABB BICKELL, | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.